Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
LAVA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; CAPITOL RECORDS, INC.; WARNER BROS. RECORDS INC.; and UMG RECORDINGS, INC.

FILED
08 FEB 21 PM 4: 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

LAVA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,

                Plaintiffs,

  v.

JOHN DOE,
                Defendant.

CASE NO. CV 08 1048 RS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35711 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  The following companies are parents of, or partners in Plaintiff LAVA RECORDS LLC:
7  Atlantic Recording Corporation; Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG
8  Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is
9  publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

10  The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
11  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
12  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
13  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
14  Corporation is publicly traded in the U.S.

15  The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS
16  AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music
17  Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings
18  BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.;
19  and EMI Group Limited.

20  The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
21  Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
22  EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
23  Virgin Music Group Ltd.; and EMI Group Limited.

24  The following companies are parents of, or partners in Plaintiff WARNER BROS.
25  RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
26  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
27  publicly traded in the U.S.

28

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35711 v1

1   The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
2   Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
3   Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
4   publicly traded. Vivendi S.A. is publicly traded in France.

6   Dated:   February 21, 2008            HOLME ROBERTS & OWEN LLP

8                                         By  _____
                                          MATTHEW FRANKLIN JAKSA
                                          Attorney for Plaintiffs
                                          LAVA RECORDS LLC; SONY BMG MUSIC
                                          ENTERTAINMENT; VIRGIN RECORDS
                                          AMERICA, INC.; CAPITOL RECORDS, INC.;
                                          WARNER BROS. RECORDS INC.; and UMG
                                          RECORDINGS, INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35711 v1