1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LAVA RECORDS LLC; SONY BMG
7  MUSIC ENTERTAINMENT; VIRGIN
   RECORDS AMERICA, INC.; CAPITOL
8  RECORDS, INC.; WARNER BROS.
   RECORDS INC.; and UMG
9  RECORDINGS, INC.

**FILED**

FEB 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

LAVA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,

       Plaintiffs,

  v.

JOHN DOE,

       Defendant.

CASE NO. CV 08 1048 RS

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION
Case No. CV 08-01048 RS
#35715 v1

1 | Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify Defendant John Doe, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DATED: 2/27/08        By: _____
                          United States ~~District Judge~~
                          MAGISTRATE JUDGE

---

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION
Case No.  CV 08 - 01048 RS
#35715 v1