1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LAVA RECORDS LLC; SONY BMG
7  MUSIC ENTERTAINMENT; VIRGIN
   RECORDS AMERICA, INC.; CAPITOL
8  RECORDS, INC.; WARNER BROS.
   RECORDS INC.; and UMG
9  RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LAVA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; CAPITOL RECORDS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>JOHN DOE,<br>          Defendant. | CASE NO. 5:08-CV-01048-RS<br><br>**Honorable Richard Seeborg**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:08-cv-01048-RS
#36886 v1

1    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Lava Records, *et al.*, by and through
2    their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against
3    Defendant John Doe, also identified as ID #144975981 with IP address 169.233.40.152 2007-10-15
4    04:20:15 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is respectfully
5    requested to close this case.

7    Dated:    April 18, 2008              HOLME ROBERTS & OWEN LLP

9                                By    _____*/s/ Matthew Franklin Jaksa*_____
                                          MATTHEW FRANKLIN JAKSA
                                          Attorney for Plaintiffs
                                          LAVA RECORDS LLC; SONY BMG MUSIC
                                          ENTERTAINMENT; VIRGIN RECORDS
                                          AMERICA, INC.; CAPITOL RECORDS, INC.;
                                          WARNER BROS. RECORDS INC.; and UMG
                                          RECORDINGS, INC.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:08-cv-01048-RS
#36886 v1